**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN 21  P 2: 48
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * |
| PLAINTIFF, | * |
| V. | *   CASE NO. _____ |
| PAUL J. VIGNOLA ELECTRIC CO., INC., *et al*, | * |
| DEFENDANTS. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SHOW CAUSE ORDER IN ACTION OF REPLEVIN

Upon the application for a Writ of Replevin made to this Court by complaint filed by the plaintiff, The CIT Group/Equipment Financing, Inc. *f/k/a* SDI Capital Resources, Inc. ("CIT"), whereby CIT requests immediate possession of the following property:

- one (1) New Vermeer D40 x 40 Boring package to include: 75 GPM Water Pump, Anti Freeze system, Automated Rod Loader, 15' Rack, 750' firestick, Drill Rod, Strike Alert System, Stationary Stakedown, 18" Grouser Steel Tracks, Drill Head Spot – D – Tek III Locater w/ 50' Probe, S/N 154 (the "Vermeer"); and

- one (1) Remote, DT-750 Mixing System w/ Venturi mixer and filter, 50' hose, 37 Ho Kubota Power unit, 2-100 GPM Centrifugal pumps, S/N 739 (the "DT-750");

the above complete with all parts, additions, substitutions, attachments, replacements, and accessions thereof (the "Equipment"), it is this 21st day of _June_, 2002

**ORDERED** that defendant Paul J. Vignola Electric Co., Inc. is subpoenaed to appear before this Court, in courtroom _5A_ on the _25th_ day of _July_, 2002 at _9:30_ a.m. ~~p.m.~~ to show cause why the above-described Equipment should not be restored to the permanent

custody of CIT, provided that a copy of this Order and the complaint attached hereto and made a part hereof be served on the defendant on or before the ___16th___ day of ___July___, 2002.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:

    Steven N. Leitess, Esquire
    Andrew L. Cole, Esquire
    Leitess, Leitess & Friedberg, P.C.
    25 Hooks Lane, Suite 302
    Baltimore, MD 21208-1302

    Ms. JoAnn P. Vignola
    146 Polling House Road
    Harwood, Maryland 20776

    Paul J. Vignola Electric Co., Inc.
    Attn: JoAnn P. Vignola
    9007 Dower House Road
    Upper Marlboro, Maryland 20772