IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

THE CIT GROUP/EQUIPMENT FINANCING, INC.,

    PLAINTIFF,

v.      CASE NO. _____

PAUL J. VIGNOLA ELECTRIC CO., INC., et al.,

    DEFENDANTS.

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DIRECTING ISSUANCE OF WRIT OF REPLEVIN

Upon consideration of the application for a Writ of Replevin made to this Court in the complaint filed by The CIT Group/Equipment Financing, Inc., *f/k/a* SDI Capital Resources, Inc. ("CIT"), whereby CIT requests immediate possession of the following property:

- one (1) New Vermeer D40 x 40 Boring package to include: 75 GPM Water Pump, Anti Freeze system, Automated Rod Loader, 15' Rack, 750' firestick, Drill Rod, Strike Alert System, Stationary Stakedown, 18" Grouser Steel Tracks, Drill Head Spot – D – Tek III Locater w/ 50' Probe, S/N 154 (the "Vermeer"); and

- one (1) Remote, DT-750 Mixing System w/ Venturi mixer and filter, 50' hose, 37 Ho Kubota Power unit, 2-100 GPM Centrifugal pumps, S/N 739 (the "DT-750");

the above complete with all parts, additions, substitutions, attachments, replacements, and accessions thereof (the "Equipment"); and any response thereto, the Court hereby

**FINDS** that the defendant, Paul J. Vignola Electric Co., Inc., has failed to show cause why the Equipment should not be returned immediately to the custody and possession of CIT; and further

**FINDS** that CIT is entitled to immediate possession of the Equipment; and further

**FINDS** that the relief requested by CIT otherwise appears appropriate under the circumstances; and accordingly

It is this 25th day of July, 2002 hereby

1. **ORDERED** that upon the filing in court by CIT of a corporate surety bond for replevin in the amount of $ 65,000, the Clerk shall issue a writ of replevin directing the United States Marshal to effect the immediate return to CIT of the Equipment; and it is further

2. **ORDERED** that the Clerk shall deliver said writ into the hands of the United States Marshal for the District of Maryland for service upon Paul J. Vignola Electric Co., Inc., for execution and return thereupon within (thirty) 30 days from the date of the writ.

```
                                    _____
                                    JUDGE, UNITED STATES DISTRICT COURT
                                    FOR THE DISTRICT OF MARYLAND
```

cc:
Steven N. Leitess, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-1302

Ms. JoAnn P. Vignola
146 Polling House Road
Harwood, Maryland 20776

Paul J. Vignola Electric Co., Inc.
Attn: JoAnn P. Vignola
9007 Dower House Road
Upper Marlboro, Maryland 20772