IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE CIT GROUP/EQUIPMENT, INC., :
    Plaintiff
                           :

v.                              :      Civil No. AMD 02-2069

PAUL J. VIGNOLA ELECTRIC CO., :
INC., et al.,
    Defendants                :

...o0o...

## MEMORANDUM

The unopposed motion for summary judgment filed by plaintiff has been read and considered. The record shows that plaintiff is entitled to judgment as a matter of law. An Order granting the motion for summary judgment follows.

Filed: January 27, 2003

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE