

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

**THE CIT GROUP/EQUIPMENT FINANCING, INC.** *

**PLAINTIFF,** *

v. * **CASE NO. 1:02-CV-02069**

**PAUL J. VIGNOLA ELECTRIC CO., INC.,** *et al.*, *

**DEFENDANTS.** *

* * * * * * * * * * * * *

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF THE CIT GROUP/EQUIPMENT FINANCING, INC. AND AGAINST PAUL J. VIGNOLA ELECTRIC CO., INC. AND JOANN P. VIGNOLA**

Upon consideration of the motion of The CIT Group/Equipment Financing, Inc. ("CIT"), for summary judgment against defendants Paul J. Vignola Electric Co., Inc. and JoAnn P. Vignola, and any response thereto, the relief requested appearing appropriate under the circumstances, the Court hereby

FINDS that there is no genuine issue as to any material fact; and further

FINDS that CIT is entitled to judgment as a matter of law against defendants Paul J. Vignola Electric Co., Inc. and JoAnn P. Vignola; and further

FINDS that as of April 30, 2002 there is justly due and owing to CIT by defendants Paul J. Vignola Electric Co., Inc. and JoAnn P. Vignola the amount of Three Hundred Sixty-five Thousand Seven Hundred Three Dollars and Four Cents ($365,703.04) as of April 30, 2002, plus attorneys' fees in the amount of $10,136.00, pre and post-judgment interest and costs of this action in the amount of $355.36, for which CIT is entitled to judgment in this matter.

Accordingly, it is hereby

ORDERED that CIT's motion for summary judgment is **GRANTED**; and it is further

ORDERED that final judgment shall be entered in favor of The CIT Group/Equipment

Financing, Inc. and against defendants Paul J. Vignola Electric Co., Inc. (as to Count I) and JoAnn P. Vignola (as to Count II), jointly and severally, in the amount of Three Hundred Sixty-five Thousand Seven Hundred Three Dollars and Four Cents ($365,703.04) as of April 30, 2002, plus attorneys' fees in the amount of $10,136.00, pre and post-judgment interest and costs of this action in the amount of $355.36, with post-judgment interest at the legal rate until this judgment is paid in full; and it is further

ORDERED that final judgment shall be entered in favor of The CIT Group/Equipment Financing, Inc. and against defendant Paul J. Vignola Electric Co., Inc. (as to Count III) for possession of the Equipment described in CIT's Complaint and the writ of replevin previously issued; and it is further

ORDERED that The CIT Group/Equipment Financing, Inc. shall be entitled, within the parameters of applicable law, to apply to this Court for an award of such additional costs and expenses, including legal fees, as are incurred by it in enforcing, executing upon and collecting this judgment.

Date: Jan 27, 2003

By: Andre M. Davis
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc: Steven N. Leitess, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

Robert J. Kim, Esquire
Mark Schweitzer, Esquire
McNamee, Hosea, Jernigan, Kim,
Greenan & Walker, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770