**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 28, 2003

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JAN 28 2003

MEMORANDUM TO COUNSEL RE:

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          DEPUTY

      The CIT Group, etc. v. Paul J. Vignola Electric Co., Inc.
      Civil No. AMD 02-2069

      Apparently, defendants filed their opposition to the motion for summary judgment on January 24, 2003, at 3:46 p.m., at the Greenbelt Courthouse. Thus, when I checked the docket, their timely (but only barely) opposition to the motion for summary judgment was not available. Thus, I treated the motion as unopposed, and entered an order granting the motion.

      Under the circumstances, I shall treat the combination of defendants' opposition to the motion for summary judgment and their motion to withdraw request for admissions as a **motion for reconsideration**. Thus, plaintiff may file its opposition/reply in the ordinary course, and defendants may file a reply in like manner. Accordingly, the January 27, 2003, order of this court granting summary judgment is STAYED pending the adjudication of the remaining issues in this case, and the time for appeal is tolled.

      Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt

