# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov**

April 26, 2003

MEMORANDUM TO COUNSEL RE:

The CIT Group, etc. v. Vignola Electric Co., Inc.
Civil No. AMD 02-2069

     I have calendared a hearing on all open motions for Friday, May 16, 2003, at 11:00 a.m. The hearing will be held in Courtroom 5B in the Baltimore Courthouse.

     Despite the informal nature of this Memorandum, it is being docketed as an Order of court.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt