MARK W. SCHWEITZER, ESQ.  
MEMBER OF MARYLAND BAR  
MEMBER OF DISTRICT OF COLUMBIA BAR

DIRECT DIAL: EXT. 221  
MSCHWEITZER@MHLAWYERS.COM

April 30, 2003

The Honorable Andre M. Davis  
United States District Court, District of Maryland  
U.S. Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

Re: <u>The Cit Group/Equipment Financing, Inc. f/k/a SDI Capital Resources, Inc. v. Paul J. Vignola Electric Company, Inc. and Joann P. Vignola,</u> United States District Court for the District of Maryland, Case Number AMD 02-CV2069  
Our File No.: 10107-0001

Dear Judge Davis:

The above-referenced case is scheduled for a hearing on all open motions on Friday, May 16, 2003, at 11:00 a.m. The parties to this case are circulating settlement documents and there may be no need for the hearing.

Nevertheless, in an abundance of caution, I am notifying the Court that I am scheduled to appear for a hearing on May 16, 2003 in <u>Timothy Jackson v. Allegiance Title & Escrow,</u> Circuit Court for Prince George's County, Maryland, Case Number CAL02-29671. That hearing was set by the Circuit Court for Prince George's County on April 1, 2003. I am therefore requesting that the open motions hearing set in the <u>Cit Group/Equipment Financing, Inc. v. Paul J. Vignola Electric Company, Inc., et al.,</u> case be rescheduled.

Thank you for your assistance.

Sincerely,

Mark W. Schweitzer

Encl.  
cc: Robert J. Kim, Esq.  
Steven N. Leitess, Esq. (steve@leitess.com)