**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

May 1, 2003

MEMORANDUM TO COUNSEL RE:   CIT Group/Equipment v. Paul J. Vignola, et al.
                                                         Case No. AMD 02-2069

      As counsel has requested, this is to inform you that the motions hearing originally scheduled for Friday, May 16, 2003, at 11:00 a.m., has been rescheduled for Friday, June 6, 2003, at 12:00 p.m. The hearing will be held in courtroom 5B of the Courthouse.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,


Andre M. Davis
United States District Judge

AMD:tt